AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
October 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Myrna Gallegos_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Marco Antonio PASTEN-Tapia,<br><br>Defendant(s) | Case No: **EP-25-MJ-5727-ATB** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>October 8, 2025,</u> in the county of <u>El Paso</u> in the <u>Western</u> District of <u>Texas</u>, the defendant violated <u>18</u> U.S.C. § <u>751(a)</u>, an offense described as follows:

escape or attempted escape from lawful custody or confinement following conviction, or from custody or confinement prior to conviction.

This criminal complaint is based on these facts:

On October 8, 2025, the Defendant, was found to be missing from the custody of Immigration and Customs Enforcement Enforcement and Removal Operations (ERO) at the Camp East Montana Detention Center. All efforts were exhausted to locate the Defendant by deportation officers and contract security staff. On October 9, 2025, United States Border Patrol (USBP) from the Sierra Blanca Texas Checkpoint while conducting routine checks on a bus traveling east intersected the Defendant. USBP agents lawfully arrested the Defendant where later, during processing, it was discovered he had an immigration history and had escaped form ERO Custody.

☒ Continued on the attached sheet.

_____
Complainant's signature

Rodolfo Ortegon  Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 15, 2025,

_____
Judge's signature

City and state: El Paso, Texas

Anne T. Berton  U.S. Magistrate Judge
*Printed name and title*

Complaint sworn to telephonically on <u>October 15, 2025</u> at <u>01:08 PM</u> and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

United States of America

v.

Marco Antonio PASTEN-Tapia,

**Continuation of Statement of Facts:**

On October 8, 2025, ICE ERO El Paso received an urgent notification from security personnel contracted through Akima Global Services. Security staff is assigned to provide security at the Camp East Montana Detention Center (CEMDC). The notification alerted ICE ERO El Paso to a significant event: the escape of ERO detainee Marco Antonio PASTEN-Tapia, who is the Defendant in this case. According to the notification, the Defendant was found to be absent from the premises, CEMDC located at 6920 Digital Rd, El Paso, TX 79936. At the time of escape, the Defendant was under the custody of ERO El Paso.

Following the Defendant's unauthorized departure from the designated ERO detention facility, ERO El Paso promptly activated escape protocols. Deportation Officers conducted thorough searches within the detention facility and its vicinity, but unfortunately, their efforts yielded no results.

On October 9, 2025, ERO El Paso received notification from the United States Border Patrol (USBP) Sierra Blanca Texas Checkpoint that the defendant was traveling by bus when intercepted at the Sierra Blanca Checkpoint. USBP was conducting routine checks on the bus when the Defendant admitted he was not in possession of immigration documents that would allow him to be or remain in the United States and was brought in for further processing. The Defendants photographs and fingerprint were run in E3/IDENT/NGI revealing his immigration history and his escape from ERO Custody on the previous day.

USBP turned over custody of the Defendant to ERO El Paso on October 10, 2025, who detained him at the El Paso Processing Center pending prosecution.