FILED
October 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Myrna Gallegos\_\_\_\_
DEPUTY

United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Marco Antonio PASTEN-Tapia,<br><br>Defendant. | EP-25-MJ-5727-ATB |

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant has been charged by Complaint with a violation of Title 18, United States Code, Section 751, *Escape from Custody*.

2. The Defendant is a foreign national and cannot demonstrate sufficient employment, length of residence in the community, or community ties, and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

3. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: *Gregory E. McDonald*
GREGORY E. McDONALD
Assistant U.S. Attorney
Texas Bar #13547300
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884