IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. EP:25-MJ-5727-ATB |
| | § |
| MARCO ANTONIO PASTEN-TAPIA | § |

## ORDER APPOINTING COUNSEL
## & ACCOUNTING OF HOURS

On October 15, 2025, the above-named defendant appeared in Court. In the interests of justice, the Court appoints the Federal Public Defender, pursuant to the provisions of the Criminal Justice Act, for defendant until such time that defendant retains counsel. The Court has advised defendant that he may be required to reimburse the fees and costs incurred by appointed counsel.

**IT IS FURTHER ORDERED** that prior to the conclusion of defendant's case, the Federal Public Defender shall submit to the Court an accounting of the hours that have been expended on the above-captioned cause. Once this information has been received, the Court may enter an Order for the Defendant to pay the attorney's fees due at that time.

This appointment shall remain in effect until further order of the Court

**SIGNED AND ENTERED** on October 15, 2025.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE