# FEDERAL PUBLIC DEFENDER

## WESTERN DISTRICT OF TEXAS

MAUREEN SCOTT FRANCO
FEDERAL PUBLIC DEFENDER

JUDY F. MADEWELL
FIRST ASSISTANT

REGINALDO TREJO, JR.
EDGAR HOLGUIN
*EL PASO*
SUPERVISORY ASSISTANTS

RICHARD C. WHITE FEDERAL BUILDING
700 E. SAN ANTONIO AVENUE, SUITE D-401
EL PASO, TEXAS 79901-7020

TELEPHONE
(915) 534-6525

TOLL FREE
(855) 666-1510

FACSIMILE
(915) 534-6534

SAN ANTONIO
AUSTIN
DEL RIO
PECOS
ALPINE

October 16, 2025

U.S. District Clerk
U.S. Courthouse
525 Magoffin Avenue
El Paso, TX 79901

**RE: Assignment of Defense Counsel In
USA vs. Marco Antonio Pasten-Tapia
Cause No.: EP-25-M-5727-ATB**

Dear Sir/Madam:

    Please be advised that I, Assistant Federal Public Defender, Erik A. Hanshew, am assigned to the above-referenced case.

    Very truly yours,

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/

ERIK A. HANSHEW
ASSISTANT FEDERAL PUBLIC DEFENDER

EH:sad